# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| ALEXANDER COX, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>THE CORNWELL QUALITY TOOLS COMPANY,<br><br>        Defendant. | Case No. 1:25-cv-01913<br><br>Judge Dan Aaron Polster |

## JOINT MOTION TO EXTEND CASE DEADLINES

Plaintiffs and Defendant The Cornwell Quality Tools Company ("Cornwell") (collectively, the "Parties") respectfully moves this Court to extend Cornwell's responsive pleading deadline and the initial Case Management Conference date in this action. In support of this motion, the Parties state as follows:

1. This action stems from a data security incident identified by Cornwell on or around December 12, 2024 (the "Incident"). (Doc. 1, ¶ 1.)

2. This Court consolidated several related putative class actions filed in the Northern District of Ohio arising from the Incident in its "Order Granting Plaintiffs' Unopposed Motion to Consolidate Cases and Appoint Interim Class Counsel", entered on October 23, 2025 (the "Consolidation Order"). (Doc. 10.)

3. In the Consolidation Order, the Court also set Plaintiffs' deadline to file a Consolidated Amended Class Action Complaint ("Amended Complaint") as "within 30 days after this Order approving consolidation," or November 24, 2025.

4.       In a separate non-document Order on October 23, 2025, the Court directed "all answers to be filed no later than 4 p.m. on 11/25/2025."

5.       Given this timing, the Parties respectfully requests that the Court enter an Order extending is responsive pleading deadline and setting forth the following briefing schedule:[1]

    a.       Cornwell shall answer, move or otherwise file a response to the Amended Complaint by **January 8, 2026**.

    b.       Plaintiffs shall respond to any motion by **February 9, 2026**.

    c.       Cornwell shall file a reply in support of any motion by **March 11, 2026.**

6.       In addition, the Parties respectfully request the Court reschedule the December 12, 2025 Case Management Conference to early next year. This will allow Cornwell the opportunity to review the allegations in the Amended Complaint prior to meeting and conferring with Plaintiffs pursuant to Rule 26(f).

7.

8.       Federal Rule of Civil Procedure 6(b)(1)(A) provides that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time: . . . with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires."

9.       It is within the Court's discretion to provide for extensions of response deadlines. *See* Fed. R. Civ. P. 6(b)(1)(A); *see also Morgan v. Gandalf, Ltd.*, 165 F. App'x 425, 428 (6th Cir. 2006) ("Whether to grant defendants an enlargement of time to file their answer was a matter committed to the district court's discretion.") (citation omitted).

10.     No party would be prejudiced by the relief sought in this Motion.

---

[1] This briefing schedule was also set forth in the Consolidation Order. (Doc. 10.)

WHEREFORE, for the foregoing reasons, the Parties respectfully request that the Court extend Cornwell's responsive pleading deadline up to and including January 8, 2026 and reset the initial Case Management Conference for early next year.

Dated: November 21, 2025          Respectfully submitted,

         */s/ Melissa M. Bilancini*
         Melissa M. Bilancini
         Ohio Bar No. 98510
         **BAKER & HOSTETLER LLP**
         127 Public Square
         Cleveland, OH 44114
         Tel: (216) 621-0200
         Fax: (216) 696-0740
         Email: mbilancini@bakerlaw.com

         Christopher A. Wiech
         **BAKER & HOSTETLER LLP**
         1170 Peachtree Street, Suite 2400
         Atlanta, Georgia 30309
         Tel.: (404) 459-0050
         Fax: (404) 459-5734
         Email: cwiech@bakerlaw.com

         *Attorney for Defendant The Cornwell Quality Tools Company*

         */s/ Terence R. Coates*
         Terence R. Coates (0085579)
         **MARKOVITS, STOCK & DEMARCO, LLC**
         119 East Court Street, Suite 530
         Cincinnati, Ohio 45202
         Tel: (513) 651-3700
         tcoates@msdlegal.com

         *Interim Class Counsel*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, thereby automatically serving all counsel of record.

>/s/ Melissa M. Bilancini
>
>*One of the Attorneys for Cornwell Quality Tools*