UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ALEXANDER COX, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THE CORNWELL QUALITY TOOLS COMPANY, <br><br> Defendant. | Case No. 1:25-cv-01913 <br><br> Judge Dan Aaron Polster |

## JOINT MOTION TO STAY CASE DEADLINES PENDING MEDIATION

Plaintiffs Alexander Cox, Andrew Eisele, Jacob Shimp, James Davis, Brandon Bartch, Alec Holcomb, Darren Robert Sellars, and Carlos Matthew Lewis ("Plaintiffs") and Defendant The Cornwell Quality Tools Company ("Cornwell," collectively with Plaintiffs, the "Parties") respectfully move for an Order staying all proceedings, including all case deadlines, while the Parties participate in mediation. In support of this motion, the Parties state as follows:

1. This action stems from a data security incident identified by Cornwell on or around December 12, 2024 (the "Incident"). (Doc. 1, ¶ 1.)

2. This Court consolidated several related putative class actions filed in the Northern District of Ohio arising from the Incident in its "Order Granting Plaintiffs' Unopposed Motion to Consolidate Cases and Appoint Interim Class Counsel," entered on October 23, 2025 (the "Consolidation Order"). (Doc. 10.)

3. In the Consolidation Order, the Court also set Plaintiffs' deadline to file a Consolidated Amended Class Action Complaint ("Amended Complaint") as "within 30 days after this Order approving consolidation," or November 24, 2025.

4. In a separate non-document Order on October 23, 2025, the Court directed "all answers to be filed no later than 4 p.m. on 11/25/2025."

5. Given this timing, Cornwell and Plaintiffs (collectively, the "Parties") requested that the Court enter an Order extending the case deadlines. (Doc. No. 12.)

6. The Court granted this request, setting Cornwell's responsive pleading deadline as January 8, 2026. The Court also set the Parties' deadline to file a planning meeting report as January 16, 2026, and rescheduled the Case Management Conference for January 21, 2026.

7. The Parties have agreed to discuss early resolution and participate in mediation; they are currently working to schedule a mediation date in late March or April with mediator, Bennet G. Picker of Stradley Ronon Stevens & Young, LLP, a well-known and respect mediator who specializes in mediating data incident class litigation.

8. Accordingly, to conserve resources, the Parties respectfully request that all case deadlines, including Cornwell's responsive pleading deadline and the upcoming case management conference, be stayed for 90 days so that the Parties can focus on their dispute resolution efforts, including scheduling and participating in mediation.

9. To the extent the stay pending mediation is permitted, the Parties shall submit a joint report within 10 days after the mediation date or the end of the 90-day stay period, whichever occurs first, regarding the status of any potential settlement. To the extent that the mediation does not fully resolve the case, the Parties shall submit a notice with the Court requesting a scheduling conference to set new deadlines.

10. This Court has inherent power to stay this case to achieve "economy of time and effort for itself, for counsel, and for litigants." *Gray v. Bush*, 628 F.3d 779, 785 (6th Cir. 2010) (internal citations omitted).

11. The Parties submit that good cause is shown for this request, this request is not sought for the purpose of delay, and no party will be prejudiced by the relief sought in this motion.

WHEREFORE, for the foregoing reasons, the Parties respectfully request that the Court enter an Order staying these proceedings for 90 days, including all case deadlines, pending the Parties partaking in mediation.

Dated: January 7, 2025					Respectfully submitted,


/s/ Melissa M. Bilancini
Melissa M. Bilancini
Ohio Bar No. 98510
**BAKER & HOSTETLER LLP**
127 Public Square
Cleveland, OH 44114
Tel: (216) 621-0200
Fax: (216) 696-0740
Email: mbilancini@bakerlaw.com

Christopher A. Wiech
**BAKER & HOSTETLER LLP**
1170 Peachtree Street, Suite 2400
Atlanta, Georgia 30309
Tel.: (404) 459-0050
Fax: (404) 459-5734
Email: cwiech@bakerlaw.com

*Attorneys for Defendant The Cornwell Quality Tools Company*

/s/Terence R. Coates
Terence R. Coates (0085579)
**MARKOVITS, STOCK & DEMARCO, LLC**
119 East Court Street, Suite 530
Cincinnati, Ohio 45202
Tel: (513) 651-3700
tcoates@msdlegal.com

*Interim Class Counsel*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 7, 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, thereby automatically serving all counsel of record.

/s/ Melissa M. Bilancini

*One of the Attorneys for Cornwell Quality Tools*