**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| **ALEXANDER COX,** *et al.*, | Case No.: 1:25-cv-01913-DAP |
| Plaintiffs, | |
| v. | |
| **THE CORNWELL QUALITY TOOLS COMPANY,** | NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |
| Defendant. | |

Plaintiffs Alexander Cox, Andrew Eisele, Jacob Shrimp, James Davis, Brandon Bartch, Alec Holcomb, Darren Robert Sellars, and Carlos Matthew Lewis (collectively, "Plaintiffs"), by and through their undersigned counsel, hereby give notice of voluntary dismissal of this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: May 13, 2026

Respectfully submitted,

*/s/ Terence R. Coates*
Terence R. Coates (0085579)
**MARKOVITS, STOCK & DEMARCO, LLC**
119 East Court Street, Suite 530
Cincinnati, Ohio 45202
Telephone: (513) 651-3700
Facsimile: (513) 665-0219
*tcoates@msdlegal.com*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2026, I served the foregoing upon counsel of record for all parties by filing it with the court's electronic-filing system in accordance with Fed. R. Civ. P. 5(b)(2)(E).

*/s/ Terence R. Coates*
Terence R. Coates (0085579)