**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| **ALEXANDER COX**, *et al.*, | Case Nos.:  1:25-cv-1913 |
| | 1:25-cv-1915 |
| Plaintiffs, | 1:25-cv-1922 |
| | 1:25-cv-1924 |
| | 1:25-cv-1927 |
| v. | 1:25-cv-1935 |
| | 1:25-cv-1969 |
| **THE CORNWELL QUALITY** | NOTICE OF VOLUNTARY |
| **TOOLS COMPANY,** | DISMISSAL WITHOUT PREJUDICE |
| Defendant. | |

Plaintiffs Alexander Cox, Andrew Eisele, Jacob Shrimp, James Davis, Brandon Bartch, Alec Holcomb, Darren Robert Sellars, and Carlos Matthew Lewis (collectively, "Plaintiffs"), by and through their undersigned counsel, hereby give notice of voluntary dismissal of this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: May 13, 2026

Respectfully submitted,

**APPROVED.**
**The Case Management Conference set**
**for June 1, 2026 is hereby canceled.**
**It is SO ORDERED.**
**s/***Dan Aaron Polster*
**United States District Judge**
**May 22, 2026**

/s/ *Terence R. Coates*
Terence R. Coates (0085579)
**MARKOVITS, STOCK &**
**DEMARCO, LLC**
119 East Court Street, Suite 530
Cincinnati, Ohio 45202
Telephone: (513) 651-3700
Facsimile: (513) 665-0219
*tcoates@msdlegal.com*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2026, I served the foregoing upon counsel of record for all parties by filing it with the court's electronic-filing system in accordance with Fed. R. Civ. P. 5(b)(2)(E).

/s/ *Terence R. Coates*
Terence R. Coates (0085579)